IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
LESLIE PAUL HOWARTH,            :
            Plaintiff           :
        v.                      : Civil Action No. 05-22J
SHEETZ,                         :
            Defendant           :
```

JUDGMENT ORDER

AND NOW, this 21st day of November, 2005, IT IS HEREBY

ORDERED that judgment is entered in favor of defendant, Sheetz, and

against plaintiff, Leslie Paul Howarth.

                                    BY THE COURT:


                                    s/Gary L. Lancaster
                                    GARY L. LANCASTER,
                                    UNITED STATES DISTRICT JUDGE

cc:   Leslie Paul Howarth, Ph.D.
      211 Bentwood Avenue
      Johnstown, PA 15904-1333

      David B. Consiglio, Esquire
      720 South Atherton Street
      State College, PA 16801